UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     Case No. 12-CR-194-pp

JULIO C. QUIROZ,

        Defendant-Debtor,

and

HOLTON BROTHERS INC.,

        Garnishee-Defendant.

---

### ORDER APPROVING STIPULATION FOR FINAL ORDER IN GARNISHMENT (DKT. NO. 101) AND ORDERING GARNISHMENT

---

On September 4, 2018, the parties filed a document entitled "Stipulation for Final Order in Garnishment," in which the defendant and the garnishee-defendant stipulated to a garnishment of the defendant's wages. Dkt. No. 101. In the stipulation, the parties waived their rights to further service or process, and the defendant waived his right to a hearing.

The court **APPROVES** the parties' stipulation, dkt. no. 101, and **ORDERS** that **the garnishee-defendant shall pay to the plaintiff $50.00 per pay period of the defendant-debtor's earnings,** by sending a check or money order made payable to the "**Clerk, U.S. District Court,**" and mailing the check or money order to:

Clerk, U.S. District Court,
517 East Wisconsin Avenue,
Room 362
Milwaukee, WI 53202.

The court **ORDERS** that the garnishee-defendant shall continue making these payments until the entire debt in this case is paid in full, or until further order of the court.

Dated in Milwaukee, Wisconsin this 6th day of September, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**